# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**VS.**                             **CRIMINAL ACTION NUMBER: 3:20-MJ-634-CHL**

**MANUEL MARTIN SALAZARLEJIA JR.**                             **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On September 25, 2020, Colin H. Lindsay, United States Magistrate Judge held an initial appearance on this matter via video conference. Assistant United States Attorney Joe Ansari appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Detention Center. The proceeding was digitally recorded.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein, and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of the Federal Defender.

The defendant consented to proceed with initial appearance via video conference.

For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released on $25,000 unsecured bond with an order setting conditions of release.

**IT IS FURTHER ORDERED** that a preliminary hearing is scheduled for **September 29, 2020 at 2:30 p.m.** via video conference before Colin H. Lindsay, United States Magistrate Judge.

This 29th day of September 2020

                                        **ENTERED BY ORDER OF THE COURT:**
                                        **COLIN H. LINDSAY**
                                        **UNITED STATES MAGISTRATE JUDGE**
                                        **VANESSA L. ARMSTRONG, CLERK**
                                        **BY:** *Theresa l. Burch* **- Deputy Clerk**

0|15