# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**VS.**                        **CRIMINAL ACTION NUMBER: 3:20-MJ-634**

**MANUEL MARTIN SALAZARLEJIA JR.**                      **DEFENDANT**

## ORDER

      The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, via video conference on September 29, 2020 for a preliminary hearing.   The defendant was present with Assistant Federal Defender Aaron Dyke, appointed counsel.  Assistant United States Attorney David Weiser appeared on behalf of the United States.  The proceeding was digitally recorded.

      The defendant, through counsel, consented to proceed with hearing via video conference.

      Upon request of United States for a continuance, with no objection by the defendant,

      **IT IS HEREBY ORDERED** that this matter is **CONTINUED** to **September 30, 2020 at 11:30 a.m.** via video conference before the Honorable Colin H. Lindsay, United States Magistrate Judge.

      This 29th day of September 2020

                                                 **ENTERED BY ORDER OF THE COURT:**
                                                 **COLIN H. LINDSAY**
                                                 **UNITED STATES MAGISTRATE JUDGE**
                                                 **VANESSA L. ARMSTRONG, CLERK**
                                                 **BY:** *Theresa L. Burch* **- Deputy Clerk**

0|10