USDC KYWD - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**VS.**                                    **CRIMINAL ACTION NUMBER: 3:20-MJ-634**

**MANUEL MARTIN SALAZARLEJIA JR.**                                    **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, via video conference on September 30, 2020 for a preliminary hearing.   The defendant was present with Assistant Federal Defender Aaron Dyke, appointed counsel.  Assistant United States Attorney David Weiser appeared on behalf of the United States.  The proceeding was digitally recorded.

The Court heard sworn testimony of a witness and arguments of counsel, and for the reasons stated on the record, found probable cause to support the charges in the complaint.

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **October 13, 2020 at 1:30 p.m.** via video conference before the Honorable Regina S. Edwards, United States Magistrate Judge

0|20

October 1, 2020

Colin H Lindsay, Magistrate Judge

United States District Court