

# Case Assignment
## Standard Criminal Assignment

Case number **3:20CR-94-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 10/6/2020 12:28:53 PM
Transaction ID: 43486

Request New Judge    Return