UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    3:20-CR-94-DJH

MANUEL M. SALAZARLEIJA, JR.                                 DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney David Weiser hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

_/s/ David Weiser (for)_
David Weiser
Assistant United States Attorney
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7068
Email: david.weiser@usdoj.gov

FILED
VANESSA L. ARMSTRONG, CLERK
OCT - 6 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY