UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:20-cr-94-DJH

MANUEL M. SALAZAR-LEIJA, JR.,	Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on November 3, 2020, with the following counsel participating:

    For the United States:    David R. Weiser

    For Defendant:    Aaron M. Dyke

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Pursuant to GO 20-23, and without objection by the parties, the trial in this matter set for December 21, 2020, is **REMANDED** from the Court's docket.

(2) This matter is **SET** for a telephonic status conference on **December 18, 2020, at 10:00 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

(3) Pursuant to GO 20-23, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(b)(i), the Court finds that **the period of delay from November 3, 2020, to December 18, 2020, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that due to the public health risks associated with summoning large groups of

2

prospective jurors, the public's perceptions of the risk associated with jury service, and its reduced ability to obtain an adequate spectrum of jurors, the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial.  *See* GO 20-23.  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Court Time: 00/10
Court Reporter: Dena Legg