UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:20-cr-94-DJH |
| MANUEL M. SALAZAR-LEIJA, JR., | Defendant. |

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on December 18, 2020, with the following counsel participating:

    For the United States:    David R. Weiser
    For Defendant:    Aaron M. Dyke

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) By agreement of the parties, this matter is **SET** for a change-of-plea hearing on **January 25, 2021, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3) Pursuant to GO 20-25, 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the Court finds that **the period of delay from December 18, 2020, to January 25, 2021, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny both the attorney for the government and counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

December 18, 2020

David J. Hale, Judge
United States District Court

Court Time: 00/15
Court Reporter: Dena Legg