7PS 42
(Rev. 7/93)

# United States District Court
### District of Kentucky Western

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Manuel Salazar-Leija | ) | Case Number  0644 3:20CR00094-DJH |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Manuel Salazar-Leija_____, have discussed with _____Waddle, Rachel C._____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

To add the following condition as requested by the defendant:

7 (h) get medical or psychiatric treatment.

7 (s) the defendant shall contribute to the United States Probation Office's cost of services rendered based upon his/her ability to pay as reflected in his/her monthly cash flow as it relates to the court-approved sliding scale.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  01/28/21
Signature of Defendant       Date            Pretrial Services/Probation Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   2/1/21
Signature of Defense Counsel       Date

☒ The above modification of conditions of release is ordered, to be effective on ___2/1/2021___.
☐ The above modification of conditions of release is *not* ordered.

2/1/2021

_[signature]_
Colin H Lindsay, Magistrate Judge
United States District Court           Date