**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:20-CR-94-DJH**
**UNITED STATES OF AMERICA,**                                    **PLAINTIFF,**

**vs.**

**MANUEL SALAZAR-LEIJA JR.,**                                    **DEFENDANT.**

### NOTICE OF FILING WITNESS LETTERS

Comes now the defendant, by and through counsel and files letters of support for the defendant which will be used during sentencing.

/s/ Aaron M. Dyke
Assistant Federal Defender
200 Theatre Building
629 S. Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: David Weiser, Assistant United States Attorney.

/s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1