Patrick Moore


April 28, 2021

The Honorable David J. Hale
U.S. District Court for the Western District of Kentucky
601 West Broadway
Room 239
Louisville, KY 40202

Dear Judge Hale,

    I am a student at the University of Louisville and work full time in the local spirits and beverage industry.

    I am writing to you about my close friend Manuel Salazar-Leija, "Manny" as I know him. I know his conviction of knowingly aiming a laser pointer at an aircraft, and I know the potential consequences of that decision on an aircraft pilot.

    I am writing to express to you the undeniably good qualities I see and know in Manuel. I met Manuel during the summer of 2015 at the Kentuckiana Pride Festival. Recently, Manuel invited me to make food for homeless people at the Feed Louisville program at Douglass Christian Church. I have only been 3 times, but the work, attitude, and dedication to others I've seen Manny demonstrate is invaluable to the other volunteers and the homeless community itself. Manny had already been volunteering there for 8 months and continues to go twice a week while maintaining full time employment in the local restaurant industry, currently at Full Stop Shop on St. Catherine Street. He supports himself and others.

    While working full time and volunteering, Manuel also cares for and cares about his large family. He is a lifeline for his sibling, Jesus Salazar-Leija. Jesus has autism and has had difficulties getting along with their parents on and off for some time. During a particularly stressful time during the pandemic, Manny invited him to stay at his apartment instead of with their parents to help calm family tensions and to support his family. This is who I know Manny as. I know no one else with love for others as immense as his, and he continues to be an example of care-in-action to myself and others. He is integral to our Louisville community.

Sincerely,


Patrick Moore

**Lili Lambert**



April 28th 2021

Dear Judge Hale,

It is truly my pleasure to be writing this letter for Manual Salazar-Leija. I met Manual in 2012 at Jeffersonville High School. He was a huge help to me when it came to learning our lines for the school drama club, or studying for our AP Biology class. Manual has always been a very intelligent friend of mine who I can count on for help. Aside from being intelligent and reliable, I have always known Manual to be a companionate, loving human who'd never hurt a fly.

In the last 9 years I have not seen him waiver from the upstanding character that he developed in our high school days. This is why I was very surprised to hear of the misconduct. Since this accident I have seen Manual give great thought to his decisions and use his time in counseling to truly make a positive change in his life. Even through this difficult time he has been committed to living a positive and grateful lifestyle.

It is my deepest hope that the court takes this letter into account during the time of sentencing. Despite the current case, Manual is a highly honorable person, a loving brother, son, and friend.

Sincerely,
Lili Lambert

28th April 2021

Dear Judge Hale,

My name is Austin Cuffel and I have known Manuel Salazar-Leija since August of 2014. Since then he has been a coworker, friend, roommate, and even an employee of mine. Knowing him for this long I've learned that he is a very caring, compassionate, and mindful person incapable of harming another person.

I am aware of the charges held against him but I don't believe that his intent was to harm anyone. If anything it was more of an act of lighthearted foolishness during the stressful times of the protests. Now I don't think that that was a good idea and I know he feels remorse after understanding the gravity of his actions and the possibility of what could have happened.

Since this has all happened he has done all that he could to give back to his community. He has volunteered at Feed Louisville twice a week for eight months. Past that he has gone to counseling for this numerous times to get to the root of his reasoning behind his actions.

Manuel is a very sound minded individual who has definitely made a mistake and has acknowledged that himself in conversation with me multiple times. I'm certain that after all that has happened he would never again do anything of the like ever again.

Sincerely,

Austin Cuffel

Judge Hale,

    I am writing you this character reference on behalf of my friend, Manuel Salazarleija. My name is, Susan Russo and have been employed at Ramsi's Cafe as a bartender/ shift manager for seventeen years. It is through this employment, in 2018, I had the pleasure of meeting Manuel. His good work ethic and pleasant demeanor made it easy to build a friendship with him and over time I began to think of him as one of my adopted sons. Manuel is well rounded and has a brilliant mind.

    He has hopes to start collage in the fall, to study biochemistry, with plans of going into Virology. This is a goal, with Manuel's determination and the continuing support of family and friends, I am sure he can attain. Your Honor, as you asses Manuel s' case I ask that you take into account the promise of the bright future this young man can have, if giving the opportunity and I am quite sure that after this indiscretion you will never see this young man in your or anyone else's courtroom again. I have definitely seen how he has grown and has learn from his mistakes and is ready to embrace his future with a new understanding.

    Thank-you for your consideration,

    Susan Russo

Honorable Judge Hale,

I'm writing this letter to speak to the character of Manuel Salazar-Leija. Throughout the years that I have known him he has been nothing but a positive figure in the lives of the people around him. He has constantly been someone who cares for others and is always ready to make himself available when a family member or friend is in need be it for something big or small, he regularly calls his own younger siblings to help them with anything, advice for what's happening in their lives or just math homework.

I personally feel that he has helped me learn to be a better person, both in learning to be more understanding of others, and seeing the importance of actively helping the people around me and in the community. I believe he has always tried to be as positive an impact on the world around him as he can manage, and that many people's lives would be less well off without his continued presence in them.

Ethan Skaggs

Kerrigan Young

Your Honorable Judge Hale,

    My name is Kerrigan Young and I don't believe Manuel Salazar-Leija should go to prison. Manuel is one of my closest friends who I've known for several years now. We've worked a couple of jobs together and attended the same high school. Throughout our years of both acquaintance and friendship, he's proven himself to be a kind and loving person in my life and a well-respected member of the community. We volunteer weekly together in a grassroots organization where we cook and deliver food to the homeless. He is also a beloved barista at a local coffee shop, a college student, and a loving older sibling and mentor. I strongly believe he had no intention of causing anyone or any occupation harm in this event. Those who know Manuel, whether it be an employer, a coworker, co-volunteer, etc would agree he is only capable of love and compassion. I speak for myself and the community when I say Manuel had no intent to cause harm or trouble. He is a wonderful person, known for his honest and kind nature. I don't believe he should be imprisoned for this mistake.



April 28, 2021

To Whom It May Concern:

I would like to take a second to speak on the character and nature of Manuel Salazarleija. Since his hire at Full Stop Station in January of 2021, Manuel has become an important part of our team - both professionally and on a personal level.

At work, Manuel is a pleasure to work with. He handles the pressures of a busy shift with ease, he stays organized and clean, and he will go above and beyond to help out guests and his fellow coworkers. He has a strong work ethic and even sometimes picks up the slack of other employees. He also spends both of his off days each week volunteering with Feed Louisville.

Personally, I have not known Manuel for a very long time, but I have learned a lot about him in the last few months. I know that he genuinely cares about the people in his life, and actively considers how others are feeling. He loves to be hands-on to learn and to try new things, and will listen intently while someone is explaining a topic he doesn't already understand. Manuel is passionate about what is right - he will always stick up for his beliefs and genuinely wants good for the world.

Manuel Salazarleija personifies a good heart and a kind soul. I know I speak for everyone at Full Stop Station when saying we are lucky to have him in our lives!

Sincerely,

Kathryn Carey
General Manager, Full Stop Station

While I've only worked with Manuel for a few months now, I've known him for the past 5 years or so and have always found him to be an absolute joy. He continuously uplifts and cares deeply for his friends, family and those around him, and always puts a smile on your face. When Manuel applied to work at Full Stop (the coffee shop that we both work at), I immediately put in a good reference and was so excited to have him become a part of our team.

At work, he is motivated, efficient and kind. He always provides amazing customer service and works hard to make sure the customers and his co-workers have a great experience, every shift he works. Outside of work, he is wise, kind, generous and always can make you laugh. I'm extremely grateful I have gotten to know him so well and genuinely feel as though my life is enriched by his presence.

Danielle Craft
4/27/2021

Judge Hale,

    I met Manuel at the beginning of this year when we became coworkers. At first meeting he seemed to be very kind, intelligent, and charismatic. As I've gotten to know him better he has continued to live up to all these traits and more. At work he is always punctual, and diligent. He takes on his full responsibility and will even go out of his way to help others. Manuel is a very thoughtful and cares deeply about those around him. He is an active participant in charities such as Feed Louisville and dedicates a large amount of his free time to them. He does all this while attending school as well. From what I know of Manuel he is a kind and hardworking individual who actively strives to leave the world better than he found it.

- Maria Powrie

I have known Manuel personally since he started working at Full Stop several months ago. He has blown me away with his work ethic, drive, and kindness. He takes initiative on every task, is early to every shift, and inspires the rest of the team to do better. Manuel is resourceful and positive on shift, and is a reliable employee and person. I'm very grateful to know him and consider myself lucky to call him my friend.

Thank you,

Kalina Myers