```
                       UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF KENTUCKY
                             LOUISVILLE DIVISION


UNITED STATES OF AMERICA,       )    Case No. 3:20-CR-00094-DJH
                                )
        Plaintiff,              )
                                )
v.                              )
                                )
MANUEL M. SALAZAR-LEIJA, JR.,   )
                                )         May 13, 2021
        Defendant.              )         Louisville, Kentucky


                             *  *  *  *

      TRANSCRIPT OF DEFENDANT'S ALLOCUTION AT SENTENCING HEARING
                  BEFORE HONORABLE DAVID J. HALE
                    UNITED STATES DISTRICT JUDGE

                             *  *  *  *

APPEARANCES:

For United States:         David Weiser
                           U.S. Attorney's Office
                           717 West Broadway
                           Louisville, KY 40202

For Defendant:             Aaron M. Dyke
                           Western Kentucky Federal
                              Community Defender, Inc.
                           629 S. 4th Avenue, Suite 200
                           Louisville, KY 40202

[Defendant present.]


                    Dena Legg, RDR, CRR, CCR-KY
                       Official Court Reporter
                        232 U.S. Courthouse
                        Louisville, KY 40202
                          (502) 625-3778

Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

1		(Begin proceedings in open court at 10:02 a.m.)
2		THE DEFENDANT:  Your Honor, I would just like to start
3	out by explaining my involvement with the protest.  This was my
4	first time doing anything of this sort.  I've never protested
5	before.
6		I was -- I'm not a violent person.  I wasn't a part of the
7	riots or any of that.  Any of my involvement was very peaceful.
8	All I did was go down to the square during the day.  I work with
9	Feed Louisville.  There were a couple of times that I went down
10	there just to drop food off.
11		During the night, whenever there were the marches, I was a
12	part of that, but it was very peaceful.  Any time there was a
13	curfew, I wasn't out there.
14		The reason I ended up purchasing a laser pointer was
15	because, as I was walking, I noticed people were doing things to
16	kind of make the protest more noticeable.  There were people
17	playing instruments, people with megaphones.  People had their
18	own flashing lights of sorts.  That's where I got the idea.
19		I heard what he had said, but -- and I do have access to the
20	internet.  I did see other people across the nation using all
21	these things, but I got the idea of the laser pointer to kind of
22	add -- I don't know -- have a word for it but just to make the
23	protest more noticeable.
24		The one that I bought, when the laser pointer is complete,
25	like Aaron Dyke said, it has a -- kind of like a scattering

1  effect to it.  This is the whole laser pointer put together.  It
2  kind of looks like a disco ball when you use it.  And I have
3  videos of this, but what I was doing was -- at night I was
4  walking around and I was shooting it at fellow protestors.  When
5  we were walking through neighborhoods and there were people on
6  their porches that were, like, in support, I would shine it at
7  them and people enjoyed it.  It was just, like, yeah.  Like, you
8  know, they're making noise.  They're enjoying themselves.
9      I had no intention of disrupting police work with this laser
10  pointer, none whatsoever.  I didn't -- I rarely shot it up
11  during these protests.  It wasn't until -- that specific night
12  there was a curfew.  So I was in a little bit early and I was
13  up.  So I was sitting on my roof and I was playing with it.
14  Where I live is kind of up on a hill; so I was shooting it
15  around the neighborhood with the scatter effect.
16      I think that's where the report -- he was saying that
17  multiple helicopters were hit by this beam -- because I wasn't
18  aiming at multiple ones and there was no malice or ill will
19  toward anybody.  I was just shooting this scattered beam around,
20  and I think a few stray one of those hit it.
21      There was a point when I realized it was going pretty far,
22  and I started to very regretfully dismember this laser pointer.
23  And that's when I noticed it had a single beam, and so I very,
24  very stupidly shot it up and aimed it.
25      I didn't realize how severe this was or could have been

1  until the FBI was actually at my house and was explaining to me
2  what I could have done.  I was mortified by that thought.  And I
3  -- honestly, initially I thought I had already done something.
4  I thought that I had taken down a helicopter, and I was --
5  sorry -- I was very scared of the situation that I was in.
6      I'm very relieved that nothing had happened.  And I wish
7  they were here, but I would like to apologize to these pilots.
8  I meant -- I didn't want to hurt them at all.  I had no
9  intentions of hurting anybody.  Like I said, I'm not a violent
10 person, and I'm very, very, very relieved to know that they're
11 okay and that there was no long-term damage.
12     I would not be -- I would not be defending myself if I had
13 hurt anybody.  I would not be able to forgive myself if I had
14 done anything to hurt somebody with me being very stupid and
15 childish.
16     Your Honor, I will absolutely respect and accept whatever
17 you deem is best for this very stupid thing that I have done,
18 but if I have the opportunity to stay with my friends and
19 family, I will absolutely take advantage of that, meaning I --
20 this has been a very pivotal experience for me.  It was very
21 much a wake-up call for me in my own personal life, realizing
22 that I had spent the last few years kind of coasting by and not
23 really focusing on myself.
24     If I do have the opportunity to stay home, I will -- I plan
25 on starting school in the fall.  I would like to take a step

1  back from protesting and just really focus on myself and make
2  myself better, along with my family and community.  Thank you,
3  Your Honor.
4       (End of transcript.)
5       (Proceedings concluded at 10:07 a.m.)
6                       C E R T I F I C A T E
7     I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
8  THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
9
10
          s/Dena Legg                         May 14, 2021
11 Certified Court Reporter No. 20042A157    Date
   Official Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25