UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:20-cr-94-DJH |
| MANUEL M. SALAZAR-LEIJA, JR., | Defendant. |

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A sentencing hearing was held in this matter on May 13, 2021, with the following counsel participating:

For the United States:    David R. Weiser

For Defendant:    Aaron M. Dyke

The hearing commenced as scheduled, but the Court found it necessary to continue the hearing due to an unresolved issue being raised. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the hearing is **CONTINUED** until **May 20, 2021, at 1:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. Although the Court articulated during the hearing that the parties would have seven days to file supplemental sentencing materials, due to the date of the rescheduled hearing the parties **SHALL** file any supplemental briefing **on or before May 19, 2021**.

May 13, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/30 (c)

1