UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:20-CR-94-DJH**

**UNITED STATES OF AMERICA,**                                            **PLAINTIFF,**

**vs.**

**MANUEL SALAZAR-LEIJA JR.,**                                        **DEFENDANT.**

## DEFENDANT'S SUPPLEMENTAL SENTENCING BRIEFING

Comes the Defendant, Manuel Salazar-Leija ("Defendant" or, in the alternative, "Mr. Salazar-Leija"), by counsel, and respectfully submits this supplemental sentencing briefing.

Mr. Salazar-Leija was scheduled for a sentencing hearing on May 13, 2021. That hearing was conducted, in part, on that date, but after all parties had presented their sentencing arguments to the Court, the hearing was continued until May 20, 2021, for parties to file a supplemental sentencing brief to address the issue of whether Mr. Salazar-Leija, through his allocution, had expressed an adequate level of acceptance of responsibility for the actions to which he had previously pleaded guilty.

Mr. Salazar-Leija was charged in a one-count indictment with Aiming a Laser Pointer at an Aircraft, in violation of 18 U.S.C. §39A. DN 8. In order to violate 18 U.S.C. §39A, one must "knowingly aim[ ] the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft." On January 25, 2021, Mr. Salazar-Leija entered a guilty plea admitting that he violated 18 U.S.C. §39A when he "knowingly aimed the

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

beam of a laser pointer at a Louisville Metro Police Department helicopter. At the time, the helicopter was flying in the special aircraft jurisdiction of the United States." DN 21 at ¶3. On May 13, 2021, during his allocution, Mr. Salazar-Leija said, in part, "there was a point when I realized it was going pretty far, and I started to very regretfully dismember this laser pointer. And that's when I noticed it had a single beam, and so I very, very stupidly shot it up and aimed it." DN 28 at 107. Mr. Salazar-Leija does not contest the facts as set out in the plea agreement, and agrees that he violated 18 U.S.C. §39A. Mr. Salazar-Leija admitted to FBI agents on the night of his arrest that he had knowingly aimed a laser beam at a helicopter; he admitted it again when he entered his plea; and he continued to admit it during his allocution when he said "I very, very stupidly shot it up and aimed it."

In order to receive the benefit of the two-level decrease in his sentencing guidelines, he must "demonstrate[ ] acceptance of responsibility for his offense." USSG §3E1.1(a). The application notes provide guidance with respect to what type of actions are sufficient to show a defendant has demonstrated acceptance of responsibility, including "truthfully admitting the conduct comprising the offense of conviction"; "voluntary assistance to authorities in the recovery of the fruits and instrumentalities of the offense"; "post-offense rehabilitative efforts (e.g., counseling or drug treatment)"; and "the timeliness of the defendant's conduct in manifesting the acceptance of responsibility." USSG 3E1.1 application note 1(A),(E),(G), and (H). Mr. Salazar-Leija has admitted the charged conducted through the entry of a guilty plea and during his allocution at his sentencing hearing; he has provided assistance to authorities when he admitted to the charged conduct on the night of his arrest as well as provided to them the laser pointer used to commit the offense; he has participated in post-offense rehabilitative efforts by going to therapy made available to him by his pre-trial officer; and he has resolved his case in a timely manner - all of which are

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

consistent with the examples provided in the application note to show that a defendant has demonstrated his acceptance of responsibility for his actions.

Mr. Salazar-Leija made a voluntary statement admitting his guilt on the night of his arrest, at the time of the entry of his guilty plea, and again during his allocution. He is not contesting his guilt in any way. He takes full responsibility for his actions, as demonstrated by the police report which stated he expressed relief that his actions, which could have caused catastrophic results, had in fact not caused more damage. During his allocution he attempted to explain the events that led up to him knowingly aiming a laser pointer at a helicopter, but he in no way was attempted to backtrack from his previous admissions that he had in fact violated 18 U.S.C. §39A.

Respectfully submitted,

/s Aaron M. Dyke
Assistant Federal Defender
629 S. Fourth Street
Suite 200
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant

**CERTIFICATE**

This is to certify that a true copy of the foregoing motion was served on the United States by electronically filing same to Mr. David Weiser, Esq., Assistant United States Attorney, this 18th day of May, 2021.

s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3